IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| ADRIANNA PEREZ, <br> Institutional ID No. 2818, <br><br> Plaintiff, <br><br> v. <br><br> LAMB COUNTY SHERIFF'S OFFICE, *et al.* <br><br> Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. 5:21-CV-029-M-BQ |

## ORDER

On February 4, 2021, *pro se* Plaintiff filed a Complaint (ECF No. 1) in this Court, proceeding *in forma pauperis*. On August 17, 2021, the United States Magistrate Judge entered Findings and Conclusions on Plaintiff's operative Amended Complaint (ECF Nos. 5, 13). The Magistrate Judge RECOMMENDS that the Court dismiss Plaintiff's Amended Complaint without prejudice for want of prosecution in accordance with Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff did not file objections, and the time to do so has now expired.

After making a plain error review of the Findings, Conclusions, and Recommendation of the Magistrate Judge, the Court concludes that the Findings and Conclusions are correct. It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the Magistrate Judge (ECF No. 13) are ACCEPTED, and Plaintiff's Amended Complaint (ECF No. 5) is DISMISSED WITHOUT PREJUDICE for want of prosecution.

**SO ORDERED.**

Dated: September 8, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE